UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DERRION J. CUNNINGHAM,

       Plaintiff,                      Case No. 1:22-cv-442

v.                                          Honorable Ray Kent

MATT MACAULEY,

       Defendant.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  July 8, 2022                            /s/ Ray Kent
                                                        Ray Kent
                                                        United States Magistrate Judge